JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| ANAIT KHACHIKYAN, | ) | No. CV 14-00304-VBK |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the decision of the Commissioner is reversed, and the matter is remanded for a _de novo_ hearing consistent with the Memorandum Opinion.

DATED: August 27, 2014

/s/
VICTOR B. KENTON
UNITED STATES MAGISTRATE JUDGE